# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2939

_____

Jennifer S. Jenkins

*Plaintiff - Appellant*

v.

Medical Laboratories of Eastern Iowa, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: April 11, 2013
Filed: April 30, 2013
[Unpublished]

_____

Before LOKEN and GRUENDER, Circuit Judges, and WIMES,[1] District Judge.

_____

PER CURIAM.

Jennifer Jenkins claims that Medical Laboratories of Eastern Iowa ("Med Labs") terminated her employment because it perceived her as being disabled and in

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Eastern and Western Districts of Missouri, sitting by designation.

retaliation for complaining of workplace harassment. The district court[2] granted summary judgment in favor of Med Labs, determining that Jenkins (1) failed to present direct evidence of discrimination or retaliation, (2) failed to present sufficient evidence to create a material question of fact with respect to several elements of a *prima facie* case for discrimination or retaliation, and (3) even if she had established a *prima facie* case, failed to present sufficient evidence to create a material question of fact as to whether Med Labs's proffered non-discriminatory, non-retaliatory reason for terminating Jenkins's employment amounted to mere pretext. After a careful *de novo* review of the record, *see Stewart v. Indep. Sch. Dist. No. 196*, 481 F.3d 1034, 1042 (8th Cir. 2007) (standard of review), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.[3]

———————————————

[2]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

[3]Because we affirm on the merits of the disability discrimination and retaliation claims, we do not reach the administrative proceeding exhaustion question.